UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CASE NO. 9:12-CR-18 |
| | § | |
| STRATTON HASKELL DAVIS | § | |

## ORDER ADOPTING
## FINDINGS OF FACT AND RECOMMENDATION ON PLEA OF TRUE

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation. The parties agreed to the recommended sentence.

The parties did not file objections. The Court **ORDERS** that the findings of fact and recommendation on plea of true (#57) are **ADOPTED** and the defendant's supervised release is revoked. Pursuant to Judge Giblin's recommendation, the Court **ORDERS** the defendant, Stratton Haskell Davis, to serve a term of six (6) months imprisonment, with no further supervision to follow.

So **ORDERED** and **SIGNED** January 30, 2020.

_____
Ron Clark, Senior District Judge